UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Criminal No. 12-26(14)(JRT/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| plaintiff, | ) |
| v. | ) |
| | ) |
| ERIC LEE BOWER, | ) |
| | ) |
| defendant. | ) |

\* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF EXPERT WITNESSES TESTIMONY

Defendant, ERIC BOWER, through counsel, Deborah Ellis, requests pursuant to Fed.R.Crim.P. 16(a)(1)(E), that the government be ordered to disclose to defendant and his attorney a written summary of any testimony the government intends to use under Rule 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief at trial. This motion is based upon all files, records and proceedings herein.

RESPECTFULLY SUBMITTED,

Date: April 5, 2012

*S/ deborah ellis*
DEBORAH ELLIS
Attorney Lic. No. 14616X
101 East Fifth Street, Suite 2626
Saint Paul, Minnesota 55101
651-288-3554