# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | | |
| | ) | Case No: | 12-026 (12) (JRT/JSM) |
| v. | ) | Date: | December 11, 2013 |
| | ) | Court Reporter: | Staci Heichert |
| IRAH LEE GOODWIN, | ) | Courthouse: | Minneapolis |
| Defendant. | ) | Courtroom: | 13E |
| | ) | Time Commenced: | 2:10 pm |
| | ) | Time Concluded: | 2:45pm |
| | | Time in Court: | 35 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    Steven Schleicher
   For Defendant:  Matthew Forsgren   ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

   ☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 43 | Y | | 210 months | | 3 years | | |

☒ Special conditions of :

### See J&C for special conditions

☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100 to be paid .
☒ Plea and plea agreement accepted.
☒ On Motion of the Gov't., counts 1, 2, 38 and 44 of the superseding indictment are dismissed as to this defendant only.
☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                               s/Heather Arent-Zachary
                                                                             Courtroom Deputy Clerk