RECEIVED
OCT 3 2014
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

WAKINYAN WAKAN McARTHUR

GOVERNMENT'S EXHIBIT LIST

Criminal No. 12-CR-26 (1) JRT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable John R. Tunheim | Andrew R. Winter, AUSA<br>Steven L. Schleicher, AUSA | Frederick J Goetz, Esq. |
| SENTENCING DATE<br>September 30, 2014 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 9/30 | | ✓ | DOC call from 11/14/2010 (D.Y and J.B. speakers)(audio excerpt) |
| 2 | | | | ✓ | Transcript of DOC call from 11/14/2010 |
| 3 | | | | ✓ | Transcript of DOC call from 11/15/2007 |
| 4 | | | | ✓ | Letter from Derrick Weyous to Wakinyan Mcarthur |
| 5 | | | | ✓ | Letter from Wakinyan McArthur to Becky Roberts |
| 6 | | | | ✓ | Anoka County Jail call on 8/14/2014 between Mcarthur and James Jones (audio excerpt) |
| 7 | | | | ✓ | Anoka County Jail call on 8/15/2014 between Mcarthur and James Jones (audio excerpt) |
| 8 | | | | ✓ | Anoka County Jail call on 8/16/2014 between Mcarthur and Amber Powless (audio excerpt) |
| 9 | | | | ✓ | James Jones' Facebook page |
| 10 | | | | | Anoka County Jail call on 8/16/2014 between Mcarthur and James Jones (audio excerpt) |
| 11 | | | | | Anoka County Jail call on 8/17/2014 between Mcarthur and James Jones (audio excerpt) |
| 12 | | 9/30 | | ✓ | Anoka County Jail call on 8/19/2014 between Mcarthur and James Jones (audio excerpt) |
| 13 | | | | ✓ | Visitors' Log from Anoka County Jail |
| 14 | | | | ✓ | Photograph of Anoka County Jail – exterior, long view |
| 15 | | | | ✓ | Photograph of Anoka County Jail – overhead mesh and rec area |

1 of 4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 16 | | 9/30 | | ✓ | Photograph of Anoka County Jail – rooftop location |
| 17 | | 9/30 | | ✓ | Photograph of Anoka County Jail – rooftop and rec area |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |